only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judges STEIN and FAHEY taking no part.

---

In the Matter of GREATER JAMAICA DEVELOPMENT CORPORATION et al., Respondents, v NEW YORK CITY TAX COMMISSION et al., Appellants.

Submitted February 2, 2015; decided February 12, 2015

Motion by New York State Conference of Mayors and Municipal Officials for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

Judges STEIN and FAHEY taking no part.

---

In the Matter of JEMEL M.A. SCO FAMILY OF SERVICES, Respondent; ELIZABETH C.B.A., Appellant, et al., Respondent. (Proceeding No. 1.)

In the Matter of DESHAWN C.B. SCO FAMILY OF SERVICES, Respondent; ELIZABETH C.B.A., Appellant, et al., Respondent. (Proceeding No. 2.)

In the Matter of CHARISE C.K.A. SCO FAMILY OF SERVICES, Respondent; ELIZABETH C.B.A., Appellant, et al., Respondent. (Proceeding No. 3.)

In the Matter of RAYN R.B.-O. SCO FAMILY OF SERVICES, Respondent; ELIZABETH C.B.A., Appellant, et al., Respondent. (Proceeding No. 4.)

In the Matter of IMANI F.B.-O. SCO FAMILY OF SERVICES, Respondent; ELIZABETH C.B.A., Appellant, et al., Respondent. (Proceeding No. 5.)

In the Matter of NASIR M.A. SCO FAMILY OF SERVICES, Respondent; ELIZABETH C.B.A., Appellant, et al., Respondent. (Proceeding No. 6.)

Submitted December 15, 2014; decided February 12, 2015

Motion for leave to appeal denied. Motion for poor person relief dismissed as academic. Motion for a stay dismissed as academic.

Judges STEIN and FAHEY taking no part.

VICTOR JORDAN, Individually and as Administrator of the Estate of OSWALD JORDAN, Deceased, Appellant, v METROPOLITAN JEWISH HOSPICE et al., Defendants, and ROSLYN L. BLACKMAN et al., Respondents.

Decided February 12, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judges STEIN and FAHEY taking no part.

In the Matter of the Accounting of LAWRENCE KALIK et al.

In the Matter of the Accounting of CARL WAGMAN.

LORETTA WAGMAN, Appellant, v LAWRENCE KALIK et al., Respondents, and CHASE MANHATTAN BANK, as Successor in Interest to CHEMICAL BANK, Respondent, et al., Defendants.

Submitted November 10, 2014; decided February 12, 2015

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as affirmed so much of the March 2012 Surrogate's Court order dismissing the action transferred from Supreme Court, denied; motion for leave to appeal otherwise dismissed upon the ground that the remainder of the order sought to be appealed from does not finally determine the proceeding on the Surrogate's Court accountings within the meaning of the Constitution (*see Burke v Crosson*, 85 NY2d 10, 15-16 [1995]).

Judges STEIN and FAHEY taking no part.